# No. 14-1112
_____

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

### IN RE: MURRAY ENERGY CORPORATION
_____

### NOTICE OF INTENT TO FILE *AMICI CURIAE* BRIEF
_____

On June 24, 2014, in accordance with D.C. Circuit Rule 29(b), West Virginia filed a notice of intent to file an *amicus curiae* brief in support of petitioner in the above-captioned case and indicated that other States may join that brief. This filing gives notice that the States of Alabama, Alaska, Kentucky, Nebraska, Ohio, Oklahoma, South Carolina, and Wyoming have joined West Virginia's brief.

June 26, 2014                          Respectfully submitted,

                                        PATRICK MORRISEY
                                        ATTORNEY GENERAL OF
                                        WEST VIRGINIA

                                        /s/ Elbert Lin
                                        Elbert Lin
                                            *Solicitor General*
                                        Misha Tseytlin
                                            *Deputy Attorney General*
                                        Office of the Attorney General

        State Capitol Complex
        Building 1, Room E-26
        Charleston, WV 25305
        *Counsel for Amicus Curiae*
        *State of West Virginia*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 26th day of June, 2014, I electronically filed the foregoing Notice of Intent to File *Amici Curiae* Brief with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

/s/ Elbert Lin
*Counsel for Amicus Curiae*
*State of West Virginia*