# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 14-1112**                 **September Term, 2014**

**EPA-79FR34830**

**Filed On:** November 14, 2014

In re: Murray Energy Corporation,

       Petitioner

------------------------------

National Federation of Independent Business,
       Intervenor

------------------------------

Consolidated with 14-1151

## A M E N D I N G   O R D E R

It is **ORDERED**, on the court's own motion, that the order filed November 13, 2014, be amended as follows:

Page 1, first ¶, line 1, delete 11-1112 and insert in lieu thereof 14-1112.

              **FOR THE COURT:**
              Mark J. Langer, Clerk

      BY:   /s/
              Amy Yacisin
              Deputy Clerk